**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JANE DOE, an individual,

Plaintiff,

v.

G6 Hospitality Property, LLC; G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; Wyndham Hotels and Resorts, Inc.; Wyndham Hotel Group, LLC; Days Inn Worldwide, Inc.; Lala Salama Hospitality, Inc.; Richard & Partners, LLC; AA Hotel Management, LLC; 2000 Investors, LLC; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:26-cv-01885-TSZ

**ORDER PERMITTING PLAINTIFF TO PROCEED UNDER PSEUDONYM**

The parties' stipulated motion, docket no. 68, to permit plaintiff to proceed under a pseudonym, is GRANTED, and the Court ORDERS as follows:

1. Plaintiff is permitted to proceed under the pseudonym "Jane Doe" in all public, pretrial proceedings, and filings in this litigation.

2. All public filings, motions, briefs, and other documents filed on the public docket in the pretrial phase of this action shall refer to plaintiff by the pseudonym "Jane Doe."

3. Plaintiff's true identity shall be disclosed to defendants and their counsel and shall be treated as protected material pursuant to any protective order or other appropriate confidentiality designation entered in this action.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2026.

Thomas S. Zilly
United States District Judge